UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER L. DAVIS-SAMPSON,<br><br>Defendant. | NO: 2:15-CR-21-RMP<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF APPEAL |

BEFORE THE COURT is the parties' Joint Motion for Voluntary Dismiss of Appeal, **ECF No. 51**. The parties represent that they have reached a global resolution of this matter, and request dismissal of Ms. Davis-Sampson's appeal. Having reviewed the motion, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Joint Motion for Voluntary Dismiss of Appeal, **ECF No. 51** is **GRANTED.** Ms. Davis-Sampson's appeal is **DISMISSED with prejudice**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of July 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO DISMISS ~ 1